EN EL TRIBUNAL SUPREMO DE PUERTO RICO

| In re: Extensión de Términos por motivo del 28 de noviembre de 2003 | 2003 TSPR 172<br><br>160 DPR \_\_\_\_ |
|---|---|

Número del Caso: EM-2003-8

Fecha: 25 de noviembre de 2003

Este documento constituye un documento oficial del Tribunal Supremo que está sujeto a los cambios y correcciones del proceso de compilación y publicación oficial de las decisiones del Tribunal. Su distribución electrónica se hace como un servicio público a la comunidad.

EN EL TRIBUNAL SUPREMO DE PUERTO RICO

In re: Extensión de Términos
por motivo del 28 de noviembre          EM-2003-8
de 2003


RESOLUCION


San Juan, Puerto Rico, a 25 de noviembre de 2003


El Juez Presidente Interino, Hon. Francisco Rebollo López ha concedido a los empleados y funcionarios de la Rama Judicial el día viernes, 28 de noviembre de 2003, libre con cargo a vacaciones.

A tales efectos, y en virtud de nuestra facultad para reglamentar los procedimientos judiciales, al computar los términos dispuestos en las distintas leyes y reglas aplicables a los procedimientos y trámites judiciales se aplicará lo dispuesto por los Artículos 388 y 389 del Código Político de 1902, 1 L.P.R.A. secs. 72 y 73 y se considerará el viernes, 28 de noviembre de 2003, como si fuera un día feriado completo. Cualquier término a vencer ese día se extenderá hasta el lunes 1ro. de diciembre, próximo día laborable.

Se ordena la inmediata difusión pública de esta Resolución.

Publíquese.

Lo acordó el Tribunal y certifica la Secretaria del Tribunal Supremo.  Los Jueces Asociados señores Hernández Denton y Corrada del Río no intervinieron.


                          Patricia Otón Olivieri
                       Secretaria del Tribunal Supremo